**STATEMENT OF FACTS**

On January 13, 2015, an undercover officer with the Metropolitan Police Department arranged to purchase a firearm and a quantity of crack cocaine from the defendant Reginald McCord.  On that same date, the defendant arrived at an undercover location in the area of 9th and Kennedy Streets, NW, Washington, D.C.  The defendant entered the location and had a conversation with an undercover police officer. During the conversation, the defendant gave the undercover office a plastic bag that contained approximately 56 grams of crack cocaine.  In addition, the defendant handed the officer a plastic bag inside of which was a brown paper bag that contained a .38 caliber revolver.  The defendant was then placed under arrest.  A portion of the crack cocaine field tested positive for cocaine. The approximate weight of the crack cocaine indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER ALVIN CARDINAL
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS DIVISION


SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF JANUARY, 2015.


_____
U.S. MAGISTRATE JUDGE